**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHAEL CARVALHO,

    Plaintiff,

v.                                                         CASE NO: 8:13-cv-3119-T-26MAP

HIRO & MICHAEL, INC. d/b/a HIRO
TOKYO STEAKHOUSE AND SUSHI BAR,
LINH CHI LUU, and CHUN HONG LIN,

    Defendants.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the parties' submissions in accord with the principles of <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), it is **ORDERED AND ADJUDGED** that the Joint Motion to Approve Settlement Agreement and Motion to Dismiss Case With Prejudice (Dkt. 21) is granted.  The Court specifically approves the parties' settlement agreement attached to the motion as Exhibit A.  This case is dismissed with prejudice.

**DONE AND ORDERED** at Tampa, Florida, on August 18, 2014.

                                                    s/*Richard A. Lazzara*
                                                    **RICHARD A. LAZZARA**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record